```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Office
    ANNE C. GANNON (Cal Bar # 214198)
 4  Assistant United States Attorneys
        411 West Fourth Street, 8thFloor
 5      Santa Ana, CA  92701-4599
        Telephone:   (714) 338-3548
 6      Facsimile:   (714) 338-3561
        Email: Anne.Gannon@usdoj.gov
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

```
 9              UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12  UNITED STATES OF AMERICA,   ) SA 08-152 M
                                )
13               Plaintiff,     )
                                )  [PROPOSED] ORDER
14          v.                  )
                                )
15  THE PREMISES KNOWN AS:      )
16  17 Dewberry,                )
    Irvine, CA 92612,           )
                                )
17               Defendant.     )
                                )
18  _____  )

19       For good cause shown, IT IS HEREBY ORDERED THAT:

20       The United States of America has applied to this Court for

21  an Order unsealing the search warrant affidavit in the

22  above-entitled proceedings.  Upon consideration of the

23  application and the entire record herein,

24       IT IS HEREBY ORDERED that the search warrant affidavit in

    the above-entitled proceedings shall be unsealed.
25
         DATED:  This ___5th___ day of May, 2008.
26

27
                                _____
28                              ROBERT N. BLOCK
                                HONORABLE ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE
```